IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02318-WYD-KMT

CHERYL ABEYTA,

    Plaintiff,

v.

ZWICKER & ASSOCIATES, P.C., a Massachusetts corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, it is hereby

    ORDERED that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

    Dated:  October 3, 2013

                                       BY THE COURT:

                                       /s/ Wiley Y. Daniel
                                       WILEY Y. DANIEL,
                                       SENIOR UNITED STATES DISTRICT JUDGE